**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

CASE NO. 6:26-cr-118-PGB-RMN
18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)

v.

MANUEL JOSEPH CHAVEZ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Coercion and Enticement of a Minor to Engage in Sexual Activity)

From a date no later than or about July 31, 2024, through on or about August 24, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MANUEL JOSEPH CHAVEZ,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).

All in violation of 18 U.S.C. § 2422(b).

## COUNT TWO
### (Production of Child Pornography)

On or about June 22, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MANUEL JOSEPH CHAVEZ,

did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT THREE
### (Production of Child Pornography)

On or about August 22, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MANUEL JOSEPH CHAVEZ,

did employ, use, persuade, induce, entice, and coerce, and attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and

2

transmitted in and affecting interstate and foreign commerce and the visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of 18 U.S.C. § 2251(a) and (e).

## COUNT FOUR
### (Distribution of Child Pornography)

On or about August 10, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MANUEL JOSEPH CHAVEZ,

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT FIVE
### (Distribution of Child Pornography)

On or about September 3, 2024, in the Middle District of Florida, and elsewhere, the defendant,

MANUEL JOSEPH CHAVEZ,

did knowingly distribute, and attempt to distribute, child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been

shipped and transported using any means and facility of interstate and foreign commerce and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).

### FORFEITURE

1.    The allegations contained in Counts One through Five are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.    Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

a.    any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b.    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3.    Upon conviction of a violation of 18 U.S.C. §§ 2251(a) and/or 2252A(a)(2), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a.    Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of

4

chapter 110;

b.    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

4.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third person;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

A TRUE BILL,



_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Richard Varadan
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34

May 26                                    No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MANUEL JOSEPH CHAVEZ

INDICTMENT

Violations: 18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)

A true bill,

_____
                    Foreperson

Filed in open court this 6th day of May, 2026.

_____
                    Clerk

Bail $_____

GPO 863 525