AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

**SEALED**

United States of America )
v. )
)
MANUEL JOSEPH CHAVEZ )     Case No.   6:26-cr- 118 - PGB-RMN
)
)
)
_____ )
*Defendant*

## ARREST WARRANT

TO:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     MANUEL JOSEPH CHAVEZ

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding        ☐ Information      ☐ Superseding        ☐Complaint
                            Indictment                                 Information
☐ Probation Violation Petition   ☐ Supervised Release Violation      ☐Violation Notice   ☐Order of the Court
                              Petition

This offense is briefly described as follows:

Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b).
Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).
Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Date:     5/6/2026

*Issuing officer's signature*

City and state:   Orlando, Florida

Megan A. Mann, Clerk of Court
United States District Court

*Printed name and title*

### Return

This warrant was received on *(date)*  5/27/26 , and the person was arrested on *(date)*  5/27/26
at *(city and state)* Chicago, IL .
Date:  5/27/26

*Arresting officer's signature*

Evan Hylten, SA

*Printed name and title*

AO 442 (Rev.11/11) Arrest Warrant

FID 11960319

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

SEALED

RECEIVED USMS ORLANDO
2026 MAY 7 PM 3:30

United States of America
v.

MANUEL JOSEPH CHAVEZ

)
)
)
)
)
)
)
)

Case No. 6:26-cr- 118- PGB-RMN

_____
Defendant

## ARREST WARRANT

TO:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    MANUEL JOSEPH CHAVEZ
_____

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding ☐ Information ☐ Superseding ☐Complaint
Indictment Information

☐ Probation Violation Petition ☐ Supervised Release Violation ☐Violation Notice ☐Order of the Court
Petition

This offense is briefly described as follows:

Coercion and Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b).
Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).
Distribution of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Date:    5/6/2026
_____

City and state:    Orlando, Florida
_____

_____
Issuing officer's signature

Megan A. Mann, Clerk of Court
United States District Court
_____
Printed name and title

## Return

This warrant was received on (date) _____, and the person was arrested on (date) _____

at (city and state)_____.

Date: _____

_____
Arresting officer's signature

_____
Printed name and title