**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| CASE NO: | 6:26-cr-118-PGB-RMN | DATE: | June 9, 2026 |
|---|---|---|---|
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | |
| **UNITED STATES OF AMERICA** v. **MANUEL JOSEPH CHAVEZ** | | **LANGUAGE:** | |
| | | **ASSISTANT U.S. ATTORNEY:** Kaley Austin-Aronson | |
| | | **DEFENSE COUNSEL:** Aziza Hawthorne | |
| **COURT REPORTER:   DIGITAL** | | **DEPUTY CLERK:** | Edward Jackson |
| **TIME** 1:56-2:07 | **TOTAL:  11 mins** | **PRETRIAL:** | Juan Cabrera |
| | | **COURTROOM:** | 5D |

**PROCEEDINGS: IN-DISTRICT INITIAL APPEARANCE/ARRAIGNMENT**

(✓)     Case called; appearances taken; procedural setting by the Court.

(✓)     The Defendant previously had an initial appearance in the Northern District of Illinois.

(✓)     The Court inquired of the Defendant regarding competency.

(✓)     The Defendant was advised of Rule 5c rights.

(✓)     Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓)     Oral motion for counsel. Motion was granted, and counsel was appointed.

(✓)     Defendant was advised of the charge(s) and penalties in the charging document.

(✓)     Defendant waived formal reading of the Indictment and entered a plea of not guilty.

(✓)     The Court received the plea. Scheduling Order entered.

(✓)     Oral motion by the Government for (✓) Detention ( ) Release

(✓ )    Defendant reserves the right to a detention hearing without prejudice.

(✓)    The Court granted the (✓) oral motion for detention ( ) for release. Order entered.