UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

v.                                                    Case No.:  6:26-cr-118-PGB-RMN

MANUEL JOSEPH CHAVEZ

_____/

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this

Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because

the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named

defendant in this case.  The defendant may be required to contribute to the cost of this

representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on June 9, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATE MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record