# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **PLAINTIFF,**

**V.**                             **CASE NO.: 6:26-CR-118-PGB-RMN**

**MANUEL JOSEPH CHAVEZ,**

      **DEFENDANT.**

_____/

## NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the court to represent the Defendant, Manuel Joseph Chavez, in the above-styled cause.

The Clerk is requested to enter the appearance of Aziza Hawthorne, Assistant Federal Defender, as counsel for the Defendant.

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Aziza Hawthorne*
Aziza Hawthorne
Assistant Federal Defender
Massachusetts Bar No. 709255
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Tel: 407-648-6338
Fax: 407-648-6095
E-Mail: Aziza_Hawthorne@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice of Appearance* was submitted to the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to Richard Varadan, Assistant United States Attorney, this 10th day of June 2026.

*/s/Aziza Hawthorne*
Assistant Federal Defender
