UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO. 6:26-CR-118-PGB-RMN

MANUEL JOSEPH CHAVEZ

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to

Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that

the following attorneys may have a conflict of interest if appointed to represent the

above defendant because of representation of other individuals: none.

Dated: June 11, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/Richard M Varadan*
      Richard M. Varadan
      Assistant United States Attorney
      Florida Bar No.: 1025743
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail: Richard.Varadan@usdoj.gov

**U.S. v. MANUEL JOSEPH CHAVEZ      CASE NO. 6:26-CR-118-PGB-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aziza Hawthorne
Assistant Federal Defender

/s/ Richard Varadan
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov