UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 6:26-CR-118-PGB-RMN

MANUEL JOSEPH CHAVEZ

**GOVERNMENT'S NOTICE OF
ESTIMATED LENGTH OF TRIAL**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby advises the Court that should this case go

to trial, it is estimated that the length will be three days.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Richard M Varadan*
      Richard M. Varadan
      Assistant United States Attorney
      Florida Bar No.: 1025743
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail: Richard.Varadan@usdoj.gov

**U.S. v. MANUEL JOSEPH CHAVEZ        CASE NO. 6:26-CR-118-PGB-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aziza Hawthorne
Assistant Federal Defender


/s/ *Richard Varadan*
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov

2