UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:26-CR-118-PGB-RMN

MANUEL JOSEPH CHAVEZ

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested person's

order:

1.      The name of each person, attorney, association of persons, firm, law

firm, partnership, and corporation that has or may have an interest in the outcome of

this action -- including subsidiaries, conglomerates, affiliates, parent corporations,

publicly-traded companies that own 10% or more of a party's stock, and all other

identifiable legal entities related to *any* party in the case:

> Manuel Joseph Chavez, defendant
>
> Federal Bureau of Investigations, Investigative Agency
>
> Aziza Hawthorne, Assistant Federal Defender
>
> Gregory W. Kehoe, United States Attorney
>
> William Parks, Special Agent, Federal Bureau of Investigations
>
> Richard Varadan, Assistant United States Attorney

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Minor Victim 1.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: June 11, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Richard M Varadan
Richard M. Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:     (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov

3

**U.S. v. MANUEL JOSEPH CHAVEZ        CASE NO. 6:26-CR-118-PGB-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Aziza Hawthorne
Assistant Federal Defender

*/s/ Richard Varadan*
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov