**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

```
CLERK'S MINUTES
Status Conference
```

**Case Number: 6:26-cr-118-PGB-RMN**

---

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**v.**

**Manuel Joseph Chavez**

        **Defendant.**

Government's
Counsel:    **Richard Varadan**

Defense
Counsel:    **Aziza Hawthorne**

| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters courttransciprts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | July 24, 2026 | Time: | 4:12 PM – 4:13 PM 1 minute |

Case called. Appearances taken.

Oral Motion to Continue Trial by defense. Court grants the Motion. The status conference is set for September 14, 2026. Defense counsel is to file a waiver of speedy trial on the docket.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including September 30, 2026, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Case is adjourned.