# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

V.                                              CASE NO.: 6:26-CR-118-PGB-RMN

MANUEL JOSEPH CHAVEZ

_____/

## WAIVER OF SPEEDY TRIAL

    After consultation with his undersigned counsel, Manuel Joseph Chavez, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161(c)(1), from the date of this waiver until October 31, 2026.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Defender, MDFL

Dated: 7/30/26

Manuel Joseph Chavez, Defendant

Dated: 7/30/26

/s/ Aziza Hawthorne
Aziza Hawthorne, Esq.
Assistant Federal Defender
Massachusetts Bar No. 709255
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407 648 6338
Fax: 407 648 6095
E-Mail: Aziza_Hawthorne@fd.org