**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO: 6:26-CR-118-PGB-RMN**

**MANUEL JOSEPH CHAVEZ**
__________________________________/

## WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, the Defendant, Manuel Joseph Chavez, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161(c)(1), from the date of this waiver until November 30, 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
Federal Public Defender

Dated: 9/14/26

Manuel Joseph Chavez,
Defendant

Dated: 9/14/26

Aziza Hawthorne, Esq.
Assistant Federal Public Defender
Massachusetts Bar No. 709255
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Tel: 407-648-6338
Fax: 407-648-6095
E-Mail: Aziza_Hawthorne@fd.org
Counsel for Mr. Chavez