**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Status Conference**

**Case Number: 6:26-cr-118-PGB-RMN**

---

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.**

**Manuel Joseph Chavez**
**Defendant.**

**Government's Counsel:** **Richard Varadan**

**Defense Counsel:** **Aziza Hawthorne**

| | | | |
|---|---|---|---|
| Judge: | **Paul G. Byron** | Court Reporter | Nikki Peters<br>courttransciprts@outlook.com |
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | October 27, 2026 | Time: | 4:09 PM – 4:13 PM<br>4 minutes |

Case called. Appearances taken.

Oral Motion to Continue Trial by defense. Court grants the Motion. The status conference is set for December 14, 2026 at 4:00 PM via Zoom. The trial term is set for January 4, 2027. Defense counsel is to file a waiver of speedy trial on the docket.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today until and including January 31, 2027, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Case is adjourned.