UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO.: 6:26-CR-118-PGB-RMN

MANUEL JOSEPH CHAVEZ
_____________________________________/

# WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, Manuel Joseph Chavez, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161(c)(1), from the date of this waiver until January 31, 2027.

Respectfully submitted,

Charles L. Pritchard, Jr.
Federal Public Defender, MDFL

Dated: 11/3/26 ____________________

Manuel Joseph Chavez, Defendant

Dated: 11/3/24 ____________________

*/s/ Aziza Hawthorne*

Aziza Hawthorne, Esq.
Assistant Federal Public Defender
Massachusetts Bar No. 709255
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407 648 6338
Fax: 407 648 6095
E-Mail: Aziza_Hawthorne@fd.org